# Exhibit 1
# Last Chance Voucher

# IMMEDIATE RESPONSE -- LAST CHANCE VOUCHER

This coupon represents that you are Guaranteed to have Full Win Potentiality corresponding to your Immediate Response Action to documents herein! If you follow the instructions below You are Vouchered, Verified and Confirmed to receive Full Syllabus Report listing sweepstakes you may enter for free for up to:

***$1,239,745.00***
CONFIRMED TO RECEIVE

**VOUCHER NUMBER**
5012234156

**IDENTIFIED CLAIMANT**
[redacted]

**RECOGNIZED STATUS**
Verified and Confirmed

**FULL SYLLABUS AMOUNT**
$1,239,745.00

## NOTICE — MONTGOMERY MARKETING, INC. Notification Division — NOTICE

DOCUMENT CLEARED FOR DELIVERY TO [redacted]

IMPORTANT TO POTENTIAL WINNING RECIPIENTS: FEDERAL TAX LAWS APPLY TO ANNUAL WINNINGS OVER $600.00!

PLEASE READ -- EXTREMELY IMPORTANT: Regarding Major Potential Monies to be won pending affirmative response to Requisition Documents awaiting entry and processing and intent to deliver said syllabus report to Contacted described herein!

ATTENTION PLEASE [redacted]!!!

I want this to be simple and easy to understand.

9004281 05

### PENDING MONIES SLATED AND EARMARKED FOR:

Issued To: [redacted]

POSTED

| X | Ready For Issuance. |
| X | For Immediate & Urgent Processing. |
| X | Officially Certified. |

| X | Vouchered, Verified and Confirmed. |

_/s/ AlWili_
OFFICIAL SIGNATURE OF APPROVAL

APPROVED

REC. 09:23 PM

--- **THIS IS THE REAL THING** ---

If you have ever responded before dreaming of a win, but the winnings have not been to your expectations, **I FIRMLY URGE YOU** to read this because this is the **REAL ONE**. We hope that we will help you to have your life **SHOWERED** with funds if the contest winner requirements are **REALIZED** and for which you are **EMINENTLY QUALIFIED!**

MONTGOMERY MARKETING, INC. • 6929 JFK BLVD. # 20 - 325, N. LITTLE ROCK, AR 72116-5331

## COMPENDIUM REPORT INFORMATION

Monument Marketing, Inc. (MMI) is a private compiling and reporting firm. MMI carefully examines, acquires and places available full entry directives for known cash and prizes equaling or exceeding stated amounts and said directives are placed in report format in our compendium for our eligible patrons who desire to participate.

MMI is a private company with no governmental agency association and MMI fully strives to provide access of monetary and merchandise interests to eligible participants all without entrance fee as mandated by law. You have not won a prize. Yet! Return the release form with designated release honorarium to receive report listing sweepstakes you may enter for free with prizes totalling five hundred thousand or more dollars. All cash and merchandise awards are sent directly from the reported Sponsor providers.

Monetary Compendium will be sent to you via courier upon completion of request form along with stated remuneration as listed on reverse. Total participation information is provided for all cash and merchandise awards offered.

MMI has no direct connection with Sponsors, nor does MMI assist in entry other than providing information. Sponsors may alter promotional offers without our knowledge. All monies and/or prizes are guaranteed to be paid by the reported Sponsors per their rules and regulations. Sponsors are solely responsible for their own offers. MMI may, from time to time, provide respondents with additional offers of interest. By paying with your check you accept and agree that it may be presented electronically for payment and in the unlikely event that your check is returned unpaid, a state-allowable fee may be charged by the same means. Satisfaction is 100% guaranteed. If respondent is dissatisfied at any time within 30 days of receipt of their compendium, a full refund will be made when requested. If you wish to be removed from our mailing list, write customer service at MMI, and simply state "Remove my name from your list", and return along with the enclosed form. ©2015 MMI

# IMMEDIATE RESPONSE -- LAST CHANCE VOUCHER

## NOTICE — MONTGOMERY MARKETING, INC. Notification Division — NOTICE

**IMPORTANT:** Direct identification of your name ▓▓▓▓▓▓▓▓ for purposes of determining qualified entrant potential has been sourced from an extensive computer record and is correct per the most recent mailing date pending your verification below.

Be apprised that M.M.I. Notification Committee received a DIRECT EXECUTIVE ORDER from the HIGHEST CORPORATE LEVEL to release this PROPRIETARY PAPERWORK by earliest possible delivery methods to your residence. Please continue to verify the balance of this memorandum identifying you by FULL NAME the QUALIFIED ENTRANT we are seeking to deliver the renumerative documents.

▓▓▓▓▓▓▓▓ as identificant named on this form by direct computer printout, we are anxiously awaiting the FINAL DIRECTIVE of your aquisitional authorization.

**YOU ARE NOW ON LEDGER and CONFIRMED TO RECEIVE.** (Let us repeat so this is no possible error CONFIRMED TO RECEIVE) personal documentation disclosing WIN POTENTIALITY for PRIZES AND CASH UP TO (VERIFIED), AND POSSIBLY EXCEEDING $1,239,745.00 resulting from diligent execution of personal palyership (YOUR RIGHT AS A CITIZEN) on independent prize drawings the entreeship SYLLABUS YOU ARE DEFINITELY CONFIRMED TO RECEIVE!!!

▓▓▓▓▓▓▓▓, THIS IS ALL YOU HAVE TO DO!

I repeat: **THIS IS THE FINAL STEP!**

I want you to understand so I say again:
THIS ONE IS THE FINAL STEP.

**YOU ARE GUARANTEED TO RECEIVE FULL BENEFITS AS OUTLINED ABOVE!**

*[Handwritten note:]* This person has been GUARANTEED TO RECEIVE! If no response in 7 DAYS, I authorize you to offer this opportunity to the next recipients as discovered by corporate investiture

*[Stamp: CLEARED]*

9004281 05

This is the real thing. I want you to understand the urgency and immediacy of this communication. I REPEAT, YOU ARE GUARANTEED TO RECEIVE FULL SYLLABUS REPORT AS OUTLINED HEREIN. This dispatch has been approved at the HIGHEST LEVEL (this is not a preliminary communication). FAILURE TO ACT AT ONCE will result in aquisitional BYPASS for every opportunity for delivery herein stated and LEDGER VERIFIED. **YOU MUST RESPOND!**

---

## ✂ SYLLABUS WIN-PAK CLAIM FORM ✂

F▓▓▓▓▓▓▓▓

☐ **YES!** I understand the URGENCY of this REAL COMMUNICATION and I will authorize myself to **RECEIVE THE FULL $1,239,745.00** Syllabus Report as outlined herein.

☐ **MY FULL AND ONLY PAYMENT FOR THE GUARANTEED DOCUMENTS IS $20**, which will entitle me to immediate processing and delivery of win-pak report. I do not wish for my Syllabus to be sent to any other person, I wish to RETAIN FULL AND PERSONAL DELIVERY RIGHTS.

☐ I have enclosed my Cash or Check or Money Order for **$20** made payable to: **MMI**

*RETURN THIS CLAIM FORM IN THE ENVELOPE PROVIDED*

|| 5012234156 7370 ||

©2015 MMI-04 LF

MONTGOMERY MARKETING, INC. • 6929 JFK BLVD. # 20 - 325, N. LITTLE ROCK, AR 72116-5331

PLACE
PROPER
POSTAGE
HERE

MONTGOMERY MARKETING, INC.
6929 JFK BLVD. #20-325
N. LITTLE ROCK, AR  72116-5331

RETURN ADDRESS:

MMI-04 HE

[✓] Immediate Processing Required.
[✓] Verified and Vouchered.