# Exhibit 2
# Cash Claim Certificate

Claim Reference:

CASH RELEASE DISBURSEMENT & CLAIM

**0071389**

Global Data Funding, Inc.
Data Acquisition & Disbursement Agents

# CASH CLAIM

RELEASE AUTHORIZATION NO.:
5012807159

PAYABLE TO:


RESPOND BY:
10 DAYS FROM RECEIPT

## SWORN STATEMENT • DISBURSEMENT DIRECTOR

By virtue of my seal and signature below, I state for the record that funds are on deposit for immediate disbursement to designated claimants. You are specifically designated as such, (Sample A sample). These funds will be distributed per the rules & disclosures annexed herein, and further that payments are guaranteed by sponsoring entities for amount so noted of ____$472,500.00____ in the compliance document below. In accordance with such, the payment code on this document assigned to _____, has been confirmed for guaranteed payment by [X] bank check [ ] wire transfer. The sole stipulation for money transfer is the payees signature on the compliance document and return of such within __7__ days of lawful receipt of this official notification. In affirmation, I do swear by my representative seal and signature below:

Signed: *James Coleman*
Director - Disbursements

AUTHORIZED
FOR AWARD RELEASE & DISBURSEMENT

## DESIGNATED CLAIMANT
### CERTIFICATE
Review the enclosed Document and return before deadline.

**OFFICIAL NOTIFICATION:**
Cash Payment Pending

Confidential Document Holder:
_____

Cash award to designated claimant named above to be paid upon filing of claim.

SPECIAL CASH ACCESS AUTHORIZATION
**$472,500.00**
AMOUNT OF SUPPLEMENTAL CASH AWARDS AVAILABLE ENTERED WITHIN; REVIEW CAREFULLY FOR COMPLETE INFORMATION. Claims must be submitted by deadline or entitlements will be voided and reassigned to an alternate recipient.

AWARD PAYMENT CONFIRMED BY: *James Coleman*, Director of Disbursements

---

Detach and retain the above Cash Claim Order for your records

Return this Compliance Document pursuant to posted rules no later than posted deadline.

# COMPLIANCE DOCUMENT

Compliance Doc.: **0071389 W.C.A.**
Global Data Funding, Inc. • Payment Control & Award Access •

**Claim Payable To:**
[redacted]

**Release Authorization Number:**
[redacted]

**Authorized By:**
*James Coleman*
Director of Disbursements

As designated claimant so identified in this document, I herewith submit my document of compliance for release of the cash award attendant to my release authorization number with no encumbrance or obligation, per the disclosures annexed. I further state that I am in full compliance with the strict deadline and grace period posted and thereby authorize you to send the bank check for my cash prize via US Mail, to the address on this document.

By checking this box [✓]  I request that you provide me with the necessary forms and instructions for submission of claim to an aggregate amount of ____$472,500.00____ payable in full by the sponsoring entities. In compliance I am enclosing the requisite fee of ____$20.00____ in full in the manner indicated at right. IMPORTANT: Be sure that the reply envelope enclosed is deposited in the mail no later than the deadline.

Sign below in blue or black ink only:

X  _____ Date: _____

[ ] Cash [ ] Check [ ] Money Order made Payable To: Global Data Funding, Inc. (GDF)