# Exhibit 3
# Procedural Dispatch

# DISTRIBUTION REPORTING SERVICES

Department of Legal Deposits
Registered Document LD-8756 U.S.A.

## In consideration hereof, the 72-hour notice must be acknowledged.
Benefits and privileges appertaining herein are constituted to inure only to ▮▮▮▮▮

▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮

**PROCEEDURAL DISPATCH**

I.D. No.: #5012810989

Dear ▮▮▮▮,

*The appeal of seeing a check for millions of dollars with your name on it is obvious. You can change your entire life by doing something that takes less than a minute! So pay close attention to this letter. Please — Patt J. Shuster*

For prompt delivery of sweepstakes data, examine all personal and address information on Delivery Form, place your legal signature on the form, and mail it with fee.

When you, if the authorized, rightful person entitled to a major sweepstakes award, are the possessor of the winning paperwork entitling you to deposit funds in your personal banking or checking account, or to convert a payment voucher into cash, you may wish to consider the disposition thereof. Fiduciary advisers will counsel judiciousness and prudence in any such conversion of one asset into another. Fiscally speaking, unintended transmogrification is always an issue, especially when hybrid instruments and unbundled securities have been indicated by one claiming to represent oneself as an authority or could become an unwitting victim of financial exsanguination (a not uncommon occurrence) if not careful. If you had two or three million dollars in winnings--or even 50 or 60 thousand dollars--you can become a target. Vigilance aforethought. Those should be your watchwords.

As an executive of THE foremost Sweepstakes Authority, I would be remiss to not warn you to exercise vigilance. Now, at the risk of being called avuncular, my first advice is to alert you that there are even more millions of sweepstakes dollars available for your ultimate claim than you ever would have thought possible. Between now and the end of the following quarter, for example, PAS experts in our Research Department have identified awards in excess of four million dollars! I want to deliver full particulars to you right in your home. Be advised that our services are confidential. No one else will know about any transactions between Pacific Allocation Systems, Inc., no one! We utilize the services of uniformed government couriers dispatched seven days a week. You can be assured that each individual has passed a thorough security check, so that any missive dispatched from here will reach you intact. That is a GUARANTEE.

You have **72 hours**, no more than three days, to place Delivery Form in a street mailbox or Post Office receptacle. The solitary boon to you, accepted as our client, is a finite temporal one. That's temporal, not temporary, a permanent advantage. The three days amount to 38 percent of a seven-day week. Factors such as intervening holidays and/or weekends and/or transitory weather conditions can affect ratios.

GUARANTEED: Full information on sweepstakes prizes with a minimum value of: **$4,000,000.00 USA** will be dispatched from the office of Pacific Allocation Systems, Inc.

Sincerely yours,

*Patt J. Shuster*
President

**COMPLETE AND RETURN THIS DOCUMENT WITHIN 72 HOURS**

Detach and return in the enclosed envelope.

©2017 PAS 01 LF

**DELIVERY FORM**