# Exhibit 4
# Sworn To Secrecy

# YOU ARE OFFICIALLY SWORN TO SECRECY
## ABSOLUTELY CONFIDENTIAL

**MARKETING IMAGING OFFICIALLY DRAWN TO FOUR PRIZED NAMES (FOR THE PRIZED RECORD):**



*Congratulations from all of us — been trying to reach you*

| | |
|---|---|
| NAME NO. 1. ▇▇▇▇▇▇, SC | ☑ confirmed prizes over $3,341,006.00  ☐ collected  ☑ uncollected |
| NAME NO. 2. Dorothy Syler, VA | ☑ confirmed prizes over $5,399,000.00  ☑ collected  ☐ uncollected |
| NAME NO. 2. David Wixom, CA | ☑ confirmed prizes over $3,751,000.00  ☑ collected  ☐ uncollected |
| NAME NO. 3. Walter Bondowski, WI | ☑ confirmed prizes over $12,270,700.00  ☑ collected  ☐ uncollected |

## CONGRATULATIONS NO. 1 PAUL FELDER RESTRICTIVE - TELL NOBODY!

# THIS IS A DAY YOU MAY REMEMBER FOR THE REST OF YOUR LIFE

POSTMARKED/PRIORITIZED

RESTRICTED COMMUNICATION FROM IMPERIAL AWARD SERVICES ON 07/27/17

Name of Contractor: Imperial Award Services

Reported Confirmed Prize Re Drawn Prized Name: ▇▇▇▇▇▇

Approximate amount of Status Report Entitlement: $3,341,006.00 ***THREEMILLIONTHREE-HUNDRED FORTY-ONETHOUSANDANDSIXU.S. DOLLARS***

Entry Contract Status Absolutely Confirmed For Contractee On Record hereinafter referred to as ▇▇▇▇

DATE OF DEDICATED CONFIRMED STATUS: 07/27/17

After Recording, Rush Via Prioritized Mail To: ▇▇▇▇▇▇▇, SC 29590-3020

Privileged Privacy Rights Contract Document Attached: To be returned by ▇▇▇▇▇▇ (of utmost priority)

IAS IS A SERVICE OFFERED TO OUR CUSTOMERS THAT PROVIDES INFORMATION ON AVAILABLE SWEEPSTAKES THAT ARE OPEN TO THE PUBLIC FOR ENTRY. SUBSCRIBERS ARE SOLELY RESPONSIBLE FOR INVESTIGATING, VIEWING, AND COMPLYING WITH ANY AND ALL RULES, RESTRICTIONS, REQUIREMENTS, OR PROVISIONS SET FORTH IN ALL SWEEPSTAKES. THE CONTENTS OF OUR NEWSLETTERS ARE ACCURATE TO THE BEST OF OUR KNOWLEDGE, AND IAS SHALL NOT BE LIABLE FOR ERRORS, OMISSIONS, OR INACCURACIES. LIABILITY FOR ANY MISTAKE OR TYPOGRAPHICAL ERROR IS LIMITED TO A FULL REFUND OF THE PURCHASE PRICE OF THE PUBLICATION. IAS HAS NO ASSOCIATION OR AFFILIATION WITH ANY PARTICULAR SPONSOR OF ANY SWEEPSTAKES OR CONTEST. NO SUCH ASSOCIATION OR AFFILIATION SHOULD BE INFERRED OR IMPLIED.

IAS 11-2017

`5012786459.7539`

### PRIVILEGED PRIVACY RIGHTS CONTRACT DOCUMENT

I am the ▇▇▇▇▇▇ aforementioned by the Contractor, to be henceforth referred to as "I.A.S." My place of residence is ▇▇▇▇▇, SC 29590-3020 and I've legally been accorded entry-into-contract-status (which cannot be withdrawn for any reason except failure of a timely response) as NAME NO. 1 for the following CONFIRMED prizes . . . noted this date of dedicated confirmed status 07/27/17 in the reviewed Status Report Entitlement . . . as still UNCOLLECTED BY ▇▇▇▇ over the amount of: $3,341,006.00 ***THREE MILLION THREE HUNDRED FORTY-ONE THOUSAND AND SIX U.S. DOLLARS***. Please put Response by me on record and immediately expedite report-release re said U.S. dollar amount. IMPORTANT: Paul Felder CHECK ONE BOX. I swear |☑| I have |  | I have not received any monies.

Enclosed is report-release fee of $20 payable by cash, check or money order to: " I.A.S."
My signature appears to the right X ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  Today's date ___ / ___ / ___

IAS 11-2017

**RETURN DOCUMENT IN PREPAID ENVELOPE PROVIDED NOW - THIS IS OF UTMOST PRIORITY**