# Exhibit 5
# Notice of Non-Redemption



**OFFICIAL AWARDS NOTIFICATION** ~ *Officially Sanctioned* ~ **OFFICE OF THE COMPTROLLER**

# NOTICE OF NON-REDEMPTION

**NOTICE: REMOVAL OF DONNA MCGINNIS FROM ELIGIBILITY LIST**

~ Recipient of Record ~



Form 5050a Short
DATE OF OFFICIAL NOTIFICATION
**10/04/17**
LEGAL AND BINDING
**FINAL NOTICE**

| LEGAL DISCLOSURE | **FINAL NOTICE** | PRIVATE CONFIDENTIAL |

**WHAT A SHAME,** ▇▇▇▇▇▇▇ **WE'RE GOING TO SEND THE INFORMATION ABOUT THE $621,382.00 SWEEPSTAKES TO SOMEONE ELSE.**

<u>TIME IS RUNNING OUT, AND YOU MAY NEVER GET ON OUR LIST AGAIN</u>. What a shame, because the <u>POTENTIAL WINNABLE CASH that is going to be LOST FOREVER is $621,382.00</u>.

▇▇▇▇▇▇ *this is almost "GOODBYE" for you.*

As you can plainly see, you are now on the **FORFEITURE LIST** (next page), and you could **KISS YOUR CHANCES FOR GETTING YOUR $621,382.00 SYLLABUS GOODBYE!**

**THIS IS THE REAL CASH DIRECTIVE LETTER
OFFICIALLY SANCTIONED DIRECT COMMUNICATION**

**CONFIDENTIAL: LAST CHANCE REMOVAL LIST OF NON-COMPLIANT RECIPIENTS** ▶ **REMOVAL DATE: 11/04/17**

▇▇▇▇▇▇ **PLEASE READ CAREFULLY! THIS IS A REAL CASH DIRECTIVE LETTER. <u>DO NOT CONFUSE THIS WITH JUNK MAIL OR FORM LETTERS</u>!**

| COMPLETE ACCEPTANCE FORM NOW | ▇▇▇▇▇▇, **YOU HAVE 10 DAYS UNTIL SUSPENSION OF COMMUNICATION PRIVILEGES.** | RETURN WITHIN THE DEADLINE |

Dear ▇▇▇,

What a pity. I was reviewing the records and I found that you were **100% DEFINITELY ELIGIBLE** for a **HIGH VALUE AMOUNT of Cash DIRECTIVES** from our company.

Let me introduce myself, my name is James Edgemore. I'm in charge of communicating with our valued customers when there's a **large CASH AWARD in play**, like there is **NOW**.

Our list manager was about to **VOID** your file, but I felt compelled to rescue your information and give it one more desperate shot. **AFTER ALL, WHO WOULD THROW AWAY OVER HALF A MILLION DOLLARS IN AWARDABLE FUNDS???**

I did not want you to see someone else's name in the newspaper, or possibly on TV, when it might have been **YOU** winning a huge sum of money.

After all, you were in the top tier according to our corporate procedures. **IT'S NOT TOO LATE!!! YOU STILL HAVE TEN DAYS TO CONTACT US!!**

STATUS  ~~CANCELLED~~
*Give This Person 10 more Days! JE*

(continued on next page)

*This person is 100% eligible to possibly win a lot of money if he is the sucessful entrant. Please give him one more chance to communicate with us!!*
*James Edgemore*

Form 5050a Short

(continued from previous page)

JUST FOLLOW THE STEPS A-C BE[REDACTED]nd in the required ACCEPTANCE FORM, and we'll take it from there, and rush you everything in our GUARANTEED CASH SYLLABUS. THAT'S IT! Thank you so much, Donna McGinnis. My job is to match the full information on WINNABLE MONIES with ELIGIBLE RECIPIENTS! Thanks for helping me do my job.

My best and warmest regards (and congrats!),

*James Edgemore*

James Edgemore

P.S. [REDACTED]s, notice that the return envelope is addressed directly to me personally! That's because I know you realize that this is the real deal, it is not a "form" letter. I will PERSONALLY be on the lookout for the letter from you, and I will RUSH IT THROUGH ALL THE RED TAPE. You'll be treated like THE FIRST CLASS IMPORTANT CLIENT YOU ARE TO US, Donna McGinnis.

*Handwritten note: Best of luck on everything in your life from now on, and I sincerely congratulate you. Please get this in on time, so I can fill my end of the bargain - Guaranteed!! JE*

---

**OFFICIAL FORFEITURE LIST** | **NON-REDEMPTION FORFEITURE LIST** | **FORM 5050a SHORT**

**CONFIDENTIAL: LAST CHANCE REMOVAL LIST OF NON-COMPLIANT RECIPIENTS** ▶ **REMOVAL DATE 11/04/17**

⬇ CHECK THE LIST BELOW -- TO REMOVE YOUR NAME FROM THE NON-REDEMPTION LIST, RESPOND NOW BY RETURNING THE ACCEPTANCE FORM AND AVOID FORFEITURE OF YOUR RIGHTFUL WINNABLE CLAIM ⬇

| FORFEITURE LIST | WINNABLE AMT. | REASON FOR REMOVAL |
|---|---|---|
| V. SANCIVIER | $621,382.00 | FAILURE TO COMPLETE FORM |
| K. MURRAY | $621,382.00 | NO RESPONSE, TRY TO CONTACT AGAIN |
| P. NAPOLEON | $621,382.00 | DIDN'T ANSWER MAIL |
| R. GERRITY | $621,382.00 | MISSED DEADLINE FOR RESPONDING |
| [REDACTED] | $621,382.00 | HAVEN'T RECEIVED ACCEPTANCE FORM |

[REDACTED] PLEASE READ CAREFULLY! THIS IS A REAL CASH DIRECTIVE LETTER. **DO NOT CONFUSE THIS WITH JUNK MAIL OR FORM LETTERS!**

▲ - - - - - - COMPLETE, DETACH AND RETURN BELOW IN ENVELOPE PROVIDED - - - - - - ▲

788

## COMPENDIUM INFORMATION

Distribution Reporting Center, Inc. (DRC) is a private compiling and reporting firm. DRC carefully examines, acquires and makes available full entry directives for known cash and prizes equaling or exceeding stated amounts and said directives are placed in report format in our compendium for our eligible patrons who desire to participate.

DRC is a private company with no governmental agency association and DRC fully strives to provide access of monetary and merchandise interests to eligible participants, all without entrance fee as mandated by law. All cash and merchandise awards are sent directly from the reported Sponsor providers.

Monetary Compendium will be sent to you via courier upon completion of request form along with stated remuneration fee (listed on reverse). Total participation information is provided for all cash and merchandise awards offered.

DRC has no direct connection with Sponsors, nor does DRC assist in entry other than providing information. Sponsors may alter promotional offers without our knowledge. All monies and/or prizes are guaranteed to be paid by the reported sponsors per their rules and regulations. Sponsors are solely responsible for their own offers. DRC may, from time to time, provide respondents with additional offers of interest. By paying with your check you accept and agree that it may be presented electronically for payment and in the unlikely event that your check is returned unpaid, a state-allowable fee may be charged by the same means. Satisfaction is 100% guaranteed. If respondent is dissatisfied at any time within 30 days of receipt of their compendium, a full refund will be made when requested. If you wish to be removed from our mailing list, write customer service at DRC, 75A Lake Road, #600 • Congers, NY 10920 and simply state "Remove my name from your list" and return along with enclosed form. ©2015 DRC

FINAL NOTICE
PRIVATE MATTER
Form 5050a Short

$25   $625⁰   Rec. 10/13/17   $621,382
             NV. 10/14/17    5012937465

OFFICIAL NOTIFICATION

DISTRIBUTION REPORTING CENTER, INC.
75A LAKE ROAD #600, CONGERS, NY 10920

OFFICE OF THE COMPTROLLER

Presorted First Class
U.S. Postage
**PAID**
Permit No. 1661
LAS VEGAS, NV

# NOTICE OF NON-REDEMPTION

**IMPORTANT DOCUMENTS ENCLOSED**

DRC02 OE

HRDFNP 1