# Exhibit 6
# Prize Issuance Advisory Report

**PERSONAL IDENTIFICATION DOCUMENT • DRAFTED FROM DRC PRIZE DESK**
**PRIZE STATUS CONFIRMED FOR FULL CASH ACQUISITION PROCEDURES**
**IN PRIZE AMOUNTS LISTED IN CONSPECTUS**



**OFFICIAL NOTIFICATION**

**PERSONALLY CONVEYED TO KNOWN CANDIDATE REPLY NECESSARY WITHIN 7 DAYS -- PLEASE --**

**APPROVED AND VERIFIED**

**DECLARATIVE DOCUMENT OF ELIGIBILITY FOR COMPENDIUM RELEASE LISTING OF FULL CASH AND PRIZES**

*KNOWN CANDIDATE FILED ON RECORD*

# CASH AND PRIZE PUBLISHERS
# PRIZE ISSUANCE ADVISORY REPORT

*Office of Cash and Prize Advisory*

Nationwide Prize Sourcing for Cash and Merchandise Awards

*** Courier Delivery To Be Made To ***

/ / / ▇▇▇▇▇▇▇▇▇▇▇▇ / / /

Dear ▇▇▇▇▇▇▇▇,

We would have tried to reach you by phone, but we didn't have your telephone number, so we are rushing you this declarative document to advise you of your **100% eligibility for a grand total of $711,457.94 in cash and prizes**!!

You have been issued a personal cash identification number **5012944303**. NO ONE ELSE HAS THIS NUMBER!!

Our financial offices have pre-determined the prevailing entrance requirements for you to personally vie for the entire **$711,457.94**, all fully outlined in our *Cash Compendium*, and ready for immediate release to you via uniformed courier.

The amount of **$711,457.94** has been checked and double checked for accuracy, and be assured that these funds **WILL be released** as delineated by *National and International Sponsors*.

Note that specific deadlines for entrance are in place, so time is of the extreme essence. Failure to respond would mean of course, that prize monies referred to, would be awarded to others.

Therefore, we respectfully ask for your response within the next **seven (7)** days. Upon verification of certified winners (remember, you are a **KNOWN CANDIDATE** ready to vie for prize monies), the sponsors listed will release the funds as indicated. Note that **DRC** does not individually sponsor these prize events, but rather process and deliver the necessary entrance procedures in the *Compendium*.

Kindly complete the accompanying page and use the convenient reply envelope.

Most Sincerely,

*[signature]*

Prize Director

*** $711,457.94 ***
COMPENDIUM ON RECORD//CASH AND PRIZES FOR RELEASE

CONTENDEE TO BE NOTIFIED BY:
[ ] TELEGRAM
[ ] EMAIL
[✓] FIRST CLASS MAIL
[ ] TELEPHONE

744

## COMPENDIUM INFORMATION

***Distribution Reporting Center, Inc. (DRC)*** is a private compiling and reporting firm. **DRC** carefully examines, acquires and makes available full entry directives for known cash and prizes equaling or exceeding stated amounts and said directives are placed in report format in our compendium for our eligible patrons who desire to participate.

**DRC** is a private company with no governmental agency association and **DRC** fully strives to provide access of monetary and merchandise interests to eligible participants, all without entrance fee as mandated by law. All cash and merchandise awards are sent directly from the reported Sponsor providers.

Monetary Compendium will be sent to you via courier upon completion of request form along with stated remuneration fee (listed on reverse). Total participation information is provided for all cash and merchandise awards offered.

**DRC** has no direct connection with Sponsors, nor does **DRC** assist in entry other than providing information. Sponsors may alter promotional offers without our knowledge. All monies and/or prizes are guaranteed to be paid by the reported sponsors per their rules and regulations. Sponsors are solely responsible for their own offers. **DRC** may, from time to time, provide respondents with additional offers of interest. By paying with your check you accept and agree that it may be presented electronically for payment and in the unlikely event that your check is returned unpaid, a stateallowable fee may be charged by the same means. Satisfaction is 100% guaranteed. If respondent is dissatisfied at any time within 30 days of receipt of their compendium, a full refund will be made when requested. If you wish to be removed from our mailing list, write customer service at ***Distribution Reporting Center, Inc.***, 75A Lake Road, #600, Congers, NY 10920 and simply state *"Remove my name from your list"* and return along with enclosed form. ©2016 DRC



Presorted First Class
U.S. Postage
**PAID**
Permit No. 1661
LAS VEGAS, NV

**DRC Cash & Prize Publishers**

5A LAKE ROAD, #600 CONGERS, NY 10920

**OFFICIAL NOTIFICATION - APPROVED & VERIFIED**

KNOWN CANDIDATE FILED ON RECORD

RESPONSE TIME REQUESTED: 7 days

CODE 329

*Official Papers Designated ONLY For Person Named Below*

DRC06 OE

2 HRDFNP1 29732

Dist Reporting 5012944303.9¢
m 10/17/17 $711,457.
$402,000 25.00
Rec. 10/06
m. 10/17