# Exhibit 8
# Summons

THE REGULATORY OFFICES OF
# HENRY HEARST
*Supervising Agent*

129/5-PH

This is a <u>SUMMONS</u> concerning large cash award being held in account. **TO BE AWARDED YOU MUST RESPOND!**



7621



**PAYABLE IN FULL**

Enter Awardable Amount Here:

## $1,113,344.45

Amount confirmation signatory:

*REGISTERED*

Valid only with signature affixed.

YOU ARE HEREBY AUTHORIZED
TO RESPOND BEFORE
11/20/17. ABSOLUTELY
CERTAIN TO BE AWARDED IS:

## $1,113,344.45

THIS IS NO ERROR. THE MONEY IS
IN THE PRIZE POOL, WAITING
TO BE SENT TO WINNERS.

THIS CERTIFICATION TO <u>QUALIFIED</u> AND <u>IDENTIFIED</u> CLAIMANT, HEREIN CONFIRMED AS:

Shall <u>CERTIFY AND CONFIRM</u> that ▇▇▇ is the DULY <u>REGISTERED</u> RE-CEIVER of this PAYOUT DATA, as determined by GDF LTD., who have established this case file in the NEVADA Corporate Offices and have registered the following payout identification:

▇▇▇ IS THE <u>HOLDER IN DUE</u>:

### AAS56X3

AUTHORIZING SIGNATORIES:

▇▇▇ IS THE HOLDER IN DUE COURSE OF RECORD No. AAS56X3

**OFFICIAL NOTIFICATION**

### THERE ARE ONLY 14 MORE DAYS FOR ▇▇▇ TO CLAIM THE MONEY directives!!!

**RE: OVER US$1,100,000.00 (ONE MILLION, ONE HUNDRED THOUSAND DOLLARS) IN US DOLLARS OR CASH TRANSFER. CLAIMANT ON THE LIST BELOW:**

| ELIGIBLE CANDIDATE LIST (INELIGIBLE CANDIDATES WHO DID NOT RESPOND WITHIN ALLOTTED TIME FRAME HAVE BEEN STRUCK FROM THE LIST) | | | | |
|---|---|---|---|---|
| ~~Garrison Hartley~~ | ~~Elaine Mosrite~~ | ~~Tony Davis~~ | ~~Gladis DeVries~~ | ~~Walter Klondike~~ |
| ~~L'Train Mattox~~ | ~~Lucinda Pons~~ | ~~Antonio Marquez~~ | ~~Shantay Smith~~ | ~~Richard Buttrick~~ |
| ~~Spiros Papadakis~~ | ~~Muriel Danner~~ | ~~Michael Friedman~~ | ~~Ester Morris~~ | ~~Susan Allen~~ |
| Tomoko Kawase | ▇▇▇ | ~~Shawanda Johnson~~ | ~~Nora Louise Kuzma~~ | ~~Eleanora Fagan~~ |
| ~~Cynthia Wong~~ | ~~Ricardo Lopez~~ | ~~Mark Linkous~~ | ~~Kanya Johnson~~ | ~~Jennifer Lynne~~ |
| ~~Deborah Cardinal~~ | ~~Alice Koehler~~ | ~~Leon Kowalski~~ | ~~Isaac Singer~~ | ~~Robert Zimmerman~~ |

*This one's a GO!*

## COMPENDIUM INFORMATION

Global Data Funding Inc (GDF) is a private compiling and reporting firm. GDF carefully examines, acquires and makes available full entry directives for known cash and prizes equaling or exceeding stated amounts, and said directives are placed in report format in our syllabus for our Nationwide eligible patrons who desire to participate.

GDF is a private company with no governmental agency association and GDF fully strives to provide access of monetary and merchandise interests to eligible participants, all without entrance fee as mandated by Federal law. All cash and merchandise awards are sent directly from the reported sponsor providers.

Monetary Compendium will be sent to you via courier upon completion of request form along with stated remuneration fee as listed on reverse. Total participation information is provided for all cash and merchandise awards offered.

GDF has no direct connection with National sponsors, nor does GDF assist in entry other than providing information. National sponsors may alter promotional offers without our knowledge. All monies and/or prizes are guaranteed to be paid by the reported sponsors per their rules and regulations. Sponsors are solely responsible for their own offers. GDF may from time to time provide respondents with additional offers of interest. By paying with your check you accept and agree that it may be presented electronically for payment and in the unlikely event that your check is returned unpaid, a state-allowable fee may be charged by the same means. Satisfaction is 100% guaranteed. If respondent is dissatisfied at any time within 30 days of receipt of their Syllabus, a full refund will be made when requested. If you wish to be removed from our mailing list, simply contact GDF, 75A Lake Rd., Unit A #700 Congers, NY 10920-2323 and state: "Remove my name from your list", and return along with the enclosed form. ©2016 GDF, Inc.

# MONEY FORM VERIFICATION PROCEDURE

*Please read carefully - improperly filed documents will result in opportunities disqualification.*

## DO NOT LOSE THIS COPY.

### Amount of Deposit
### $1,113,344.45

NON-NEGOTIABLE-FACSIMILE-YOU HAVE NOT YET WON

**IF WE DO NOT HEAR FROM YOU IN FOURTEEN (14) BUSINESS DAYS, WE WILL CONSIDER IT YOUR REFUSAL TO VIE FOR PRIZES OF $1,113,344.45 AND I WILL STRIKE YOU FROM THE LIST.**

Claimant subject to all pertinent rules and deadlines of PAYOUT SPONSORS.

**CANDIDATE** ▓▓▓▓▓▓▓▓▓▓ **IS VERIFIED AND GUARANTEED 100%, NO MISTAKE!**

The last clearances have been processed. There are only <u>14 MORE DAYS</u> FOR ▓▓▓▓▓▓▓ TO CLAIM THE FULL SIGN-OFF

<u>OFFICIAL NOTICE</u>: This is an important document. You have been officially verified and authorized to receive this notification. YOU MUST ANSWER SUMMONS HERE BY 10/20/17.

<u>WINNER'S REDEMPTION FORM</u>: There are no strings attached and no puzzles to solve. You simply have to return your affidavit, and <u>AWARDABLE CASH DIRECTIVES</u> are yours.

▓▓▓▓▓▓▓▓▓, PLEASE FILL OUT AND RETURN THE FORM BELOW AS QUICKLY AS POSSIBLE.

**Bank Account Balance** — PERIOD ENDING DEC. 31, 201_

Yearly Statement

Checking Account — TO SPEAK TO A CUSTOMER SERVICE

| Date | Description/Transaction | Total Ending Balance |
|---|---|---|
| 2010 | CASH/CHECK DEPOSITS | $1,113,344.45 |
| 2011 | CASH/CHECK DEPOSITS | $1,275,851.12 |
| 2012 | CASH/CHECK DEPOSITS | $1,396,442.25 |
| 2013 | CASH/CHECK DEPOSITS | $1,688,144.00 |
| 2014 | CASH/CHECK DEPOSITS | $1,956,217.87 |
| 2015 | CASH/CHECK DEPOSITS | $2,255,573.88 |

statements are accepted as correct unless queried within 30 days. any cheques

TOTAL ENDING BALANCE CALCU_

  

GLOBAL DATA FUNDING INC.
75A LAKE RD. UNIT A #700
CONGERS, NY 10920-2323

*Henry Haust*
*$25.00*
*$1,113,344.45*
*AA5 6X3*
*50129924910.7621*



MAILED FROM ZIP 900

GDF 05 OE        53    JJDK182    29732