# Exhibit 9

# Certificate of Conspectus Prize Listings

# Certificate of Conspectus Prize Listings

**PRIZE COMPILATION HEADQUARTERS**  
**GENUINE NOTIFICATION DOCUMENT**

NON-TRANSFERABLE DOCUMENT **#00314C**  
DATE SENSITIVE – RETURN BY **within 7 days**

| IDENTIFIED RECIPIENT OF RECORD | FOR PERSONAL USE OF *** [REDACTED] *** | CONFIRMED AND FULLY APPROVED |
| --- | --- | --- |
| TOTAL AWARDABLE AMOUNT | *** /// $ 927,111,17 /// *** | CONSPECTUS REPORT PRIZE DATA |

NOTE: CONSPECTUS RELEASE FEE IS A REQUIRED $25.00. SORRY, WE CANNOT RELEASE CONSPECTUS PRIZE DATA WITHOUT THE RELEASE FEE. NO EXCEPTIONS.

## Known Prize Candidate Eligibility

*** [REDACTED] ***

YOU are now officially ON RECORD as KNOWN PRIZE CANDIDATE with 100% full eligibility to vie for all cash and merchandise designated in Conspectus Report. Your personal signature is required below in advance of release.

Note that prize deadlines are IN FORCE so delay in acting will most likely put large sums of money and prizes out of reach. There is nearly ONE MILLION DOLLARS at stake, so imminent action is highly recommended.

---

DETACH AND RETURN BELOW — USE SPECIAL ENVELOPE PROVIDED

## Known Candidate Aquisition Form

NON-TRANSFERABLE DOCUMENT **#00314C**  
DATE SENSITIVE – RETURN BY **within 7 days**

☐ **YES**, I [ _____[REDACTED]_____ ] am the person to whom this document was addressed. I understand that I am *fully qualified* and I wish release to me of the entire **$927,111,17** Conspectus with full entrance details delineated in the **Conspectus Report**.

☐ I have enclosed REQUIRED **$25** in: ☐ Cash or ☐ Check or ☐ Money Order

INTERNAL RECORDS DEPT. ONLY  
has been assigned personal I.D. #5012784486.7538  
NO ONE ELSE ALLOWED TO USE THIS NUMBER

MAKE PAYABLE TO: **Pacific Allocation Systems, Inc**

5012784486.7538

SIGNATURE OF KNOWN CANDIDATE REQUIRED FOR OFFICIAL VALIDATION  
↑ PLEASE SIGN BELOW ↑  
YOUR SIGNATURE HERE

P.A.S. PRIZE COMPILATION HEADQUARTERS — PMB# 502, 15476 NW 77 CT, MIAMI LAKES, FL 33016-5823