# Exhibit 10

# Sweepstakes Report

# MONEY SECURITIES

## DINE WITH RANA SWEEPSTAKES OFFICIAL RULES

**Eligibility:** The Sweepstakes is open only to legal residents of the fifty United States who, as of date of entry, are at least eighteen years of age and possess a valid passport.
**Timing:** The Sweepstakes begins on October 10, 2016 and ends on October 1, 2017.
**To Enter:** During the Sweepstakes Period, visit https://dinewithrana.com  and complete all required fields of the onscreen registration form, including full name, email address, phone number, and your essay response (in 250 words or less) to why you would like to join Giovanni Rana's family in Verona, Italy (optional) to receive one entry into the corresponding Entry Period's (as defined in the Official Rules) random drawing. Limit one entry per person/email address.
**Prizes:** Grand Prizes (150 total – 30 per Entry Period): A trip for two to Verona, Italy, including round-trip air transportation, hotel accommodations for three nights (including Sponsor-specified breakfast each morning for two at the hotel), and three Sponsor-specified dinners in Verona.  The ARV of each Grand Prize is $4,000.

**Total ARV of all Prizes: $600,000.00**

## 100S OF WAYS TO YOPLAIT

**Eligibility:** The Sweepstakes is open only to legal residents of the fifty United States who are at least eighteen years old at the time of entry.
**Timing:** The Sweepstakes begins on July 7, 2016 and ends on May 15, 2017.
**To Enter:** You will need a code to participate. Obtain a code by purchasing Specially Marked Yoplait Yogurts. You may also request a free code in the following ways: From June 28, 2016 to May 1, 2017: You may receive a Code by hand printing your name, mailing address, day and evening phone numbers, email address, and birthdate on a 3" x 5" piece of paper and mailing it with proper postage to "100s of Ways to Yoplait," c/o HelloWorld, P.O Box 5046, Department: 825562, Kalamazoo, MI 49003-5046. Limit: One request per envelope. From May 2, 2017 to May 15, 2017: You may receive a Code by sending an email to 100sofWaystoYoplait@epiinc.com with "100s of Ways to Yoplait - Code Request" in the subject line. Limit: One request per email. Once you have obtained a Code, visit Yoplait.com/100ways and follow the links and instructions to complete and submit the registration form.
**Prizes:** ONE GRAND PRIZE: $100,000. TWELVE FIRST PRIZES: A $500 Visa gift card. FOUR SECOND PRIZES: A Vitamix. ARV: $400. TWELVE THIRD PRIZES: A $250 Spafinder gift code. TWELVE FOURTH PRIZES: A $100 Fandango gift code. ONE HUNDRED FIFTH PRIZES: A Manta Sun Shelter. ARV: $76. TWO HUNDRED SIXTH PRIZES: A Harbor Wheeled Cooler. ARV: $62. TWO HUNDRED SEVENTH PRIZES: A Deluxe Cargo Box with Cooler. ARV: $54. TWELVE EIGHTH PRIZES: A $50 iTunes gift code. TWO HUNDRED NINTH PRIZES: A Yoga Mat. ARV: $30. TWO HUNDRED TENTH PRIZES: A Folding Chair. ARV: $26. ONE HUNDRED ELEVENTH PRIZES: A 46" Arc – Two Tone Umbrella. ARV: $16. TWO HUNDRED TWELFTH PRIZES: A $15 Visa gift code. ONE HUNDRED FIFTY THIRTEENTH PRIZES: A Roll -Up Picnic Blanket. ARV: $14. TWO HUNDRED FOURTEENTH PRIZES: A Collapsible 2 Compartment Food Container. ARV: $12. THREE HUNDRED FIFTEENTH PRIZES: A Fresh Infuser Bottle. ARV: $11. TWO HUNDRED SIXTEENTH PRIZES: A $10 iTunes gift code. ONE HUNDRED FIFTY SEVENTEENTH PRIZES: A plantable seed bag. ARV: $8. THREE HUNDRED EIGHTEENTH PRIZES: A Hampton Cooler Lunch Tote. ARV: $7. ONE THOUSAND ONE HUNDRED NINETEENTH PRIZES: A Mood Spoon and a $5 Starbucks gift card. ARV: $5.60. Limit: One of each type of Instant Win Game prize per person.

**Total ARV of all Prizes: $178,260.00**

## AOPA 172 SWEEPSTAKES

**Eligibility:** The Sweepstakes is open only to legal residents of the 50 United States age 19 years or older at date of entry. Grand Prize winner must be certificated by the U.S. Federal Aviation Administration as a Student, Recreational, Sport, Private, Commercial, or Airline Transport pilot as of 5/31/17. A current medical certificate is not required.

**Timing:** The Sweepstakes begins on February 1, 2016 and ends on May 31, 2017.

**To Enter:** Method #1: A qualified, voting member of AOPA as of 5/31/17 will be awarded one automatic membership entry; if such AOPA Member is enrolled in AOPA's Automatic Annual Renewal Program as of 5/31/17, then such member will receive five additional Automatic Membership Entries. To enter without any or all of the AOPA membership options described immediately above, whether you are an AOPA member or not you may enter via mail by printing out, completing, and mailing in the Official Entry Form found at www.aopa.org/sweeps/enterbymail2. Official Entry Form must be completely hand written and mailed separately in a #10 envelope to Aircraft Owners and Pilots Association, 421 Aviation Way, Frederick, MD 21701.

**Prizes:** One Grand Prize: A Cessna 172 Aircraft. ARV: $150,000; Two 1st Prizes: ARV $1,000 each; Five 2nd Prizes: ARV $500 each; Ten 3rd Prizes:  ARV $250 each; Fifteen 4th Prizes: ARV $100 each; Fifty 5th Prizes: ARV $60 each; Ninety 6th Prizes: ARV $15 each. First through 4th Prizes may offer a variety of prize choices (e.g., aviation and navigation oriented equipment or merchandise, gift cards, etc.), which may vary in creative presentations but will be approximately the same value. First through 4th Prize winners may choose any prize offered at level won. Fifth & 6th Prizes may offer a variety of AOPA fraternal or gift items.

**Total ARV of all Prizes: $162,850.00**

## DANNON LIGHT & FIT SWEEPSTAKES

**Eligibility:** The Sweepstakes is open only to legal residents of the U.S., who are age 18 or older as of date of entry, and have a valid driver's license or government issued photo ID

**Timing:** The Sweepstakes begins on January 1, 2017 and ends on June 30, 2017.

**To Enter: Text:**  Send a text message from your mobile device to the designated short code (77000) with the designated key word (LIGHT) in the body of the message.  You will receive an automated text reply with a link to the contest website.  Click the link, and follow the prompts (see below) to complete your entry, and then determine if you are an instant prize winner.

**Internet Entry:** Visit www.lightandfitpromotion.com during the Registration Period, and fully complete the online registration page. After completing the online registration or logging in with your registered email address (for return visitors), click the 'Check Instant Win' game play button to determine if you are an instant prize winner.  Eligible registrants have the opportunity to participate in the Instant Win game play up to one time per day, each day during the entire Sweepstakes period.  After clicking the 'Check Instant Win' button, Participants shall receive an online message verifying if they are an instant prize winner, or they will receive a non-winning message.  If the participant is determined to be an instant prize winner, the participant will receive an instant winner confirmation message, along with their associated prize description and a unique prize claim code on their results page.

**Prizes:** 3,233 winners will receive a Pandora Plus 3-month Membership. ARV: $14.97. 511 winners will receive a Pandora Plus 12-month Membership. ARV: $54.89.

**Total ARV of all Prizes: $76,446.80**

## PUBLISHER CLEARING HOUSE GIVEAWAY NO. 8186

**Eligibility:** The Sweepstakes is open to legal residents of the United States who have internet access.
**Timing:** The Sweepstakes ends December 31, 2018.
**To Enter:** Visit http://www.pch.com/ and create a free account, or log on if you already have one. Click on the "Sweepstakes" button and fine one of the Giveaway no. 8035 entries. Click the "Enter Now" button and play the mini-game to receive an entry into the sweepstakes. Limit: One entry per person per day.
**Prizes:** If the matching winning number is assigned to an entrant from this Bulletin who was eligible to enter for $1,000,000.00, the winner will receive $25,000.00 a year for 29 years and a final payment of $275,000.00 in the 30th year. Other prize configurations are available. Winners will be notified by mail or in person at our option.

**Total ARV of all Prizes: $100,000.00**

## CASILLERO DEL DIABLO "LEGEND" PROGRAM

**Eligibility:** The Sweepstakes is open only to legal U.S. residents who are 21 years of age or older at the time of entry except residents of Utah.
**Timing:** The Sweepstakes begins on January 1, 2017,and ends on April 30, 2017.
**To Enter:** Visit Casillero del Diablo's Facebook page (www.facebook.com/diablowine)and find the entry form. Tell us about someone you personally know who has inspired you and made an impact in the lives of others through their acts of kindness, generosity and/or courage, therefore making this person Legendary! Submit your written entry on Casillero del Diablo's Facebook page within the contest entry form only, using no more than 250 words maximum. Enter your contact info and submit your entry.
**Prizes:** One Grand Prize Winner will be able to select from either receiving a round-trip airfare for two people to Santiago, Chile, including a day visiting the winery at Casillero del Diablo, and a private wine tasting; hotel stay for three nights; meals for three days and round-trip ground transportation to and from the airport in Santiago, Chile; or a cash out option valued at $4,000.00.

**Total ARV of all Prizes: $4,000.00**

## IHEARTRADIO WIN A VIP TRIP

**Eligibility:** The Sweepstakes is open
**Timing:** The Sweepstakes begins on January 18, 2017 and ends on April 30, 2017.
**To Enter:** Sign into your iHeartRadio user account or download the free iHeartRadio app (if you don't already have it) and complete the registration process to activate an iHeartRadio user account by providing the required information. Alternatively, you may register for the sweepstakes by logging onto the Station's website: www.iheartradio.com/contests and completing the online entry form with your first name, last name, email, phone number. Limit one entry request per person, per email address, per day.
**Prizes:** One winner will receive a VIP trip to Austin, Texas for the iHeartCountry Ffestival. The Trip includes: Round-trip air transportation for the winner and one guest to Austin, TX; Ground transportation to and from the Austin airport and the hotel; Two nights hotel accommodations; Ground transportation to and from the hotel and venue; and Two tickets to attend the 2016 iHeartCountry Festival at the Frank Erwin Center in Austin, TX on May 6, 2017.

**Total ARV of all Prizes: $2,500.00**

## $100,000 CASH SPECTACULAR SWEEPSTAKES

**Eligibility:** The Sweepstakes is open to legal residents of the 50 United States who have reached the age of 13 in their state of residence at time of entry.
**Timing:** The Sweepstakes begins on February 1, 2016 and ends on January 31, 2018.
**To Enter:** Go to http://www.oprah.com/omagazine and complete and submit the entry form. Limit one entry per person and per email address, per day.
**Prizes:** One Winner will receive a check for $100,000.

**Total ARV of all Prizes: $100,000.00**

## GAME ON! BRING THE BOOM SWEEPSTAKES

**Eligibility:** The Sweepstakes is open only to legal residents of the 50 United States who are the age of majority in their state of residence or older at the time of entry.
**Timing:** The Sweepstakes begins on December 20, 2016 and ends on May 15, 2017.
**To Enter:** Online: During the Sweepstakes Period, enter by visiting www.boomchickapop.com or www.facebook.com/Boomchickapop. Click on the GAME ON! BRING THE BOOM tab and follow the online instructions to complete the entry form. By Mail: To enter by mail, hand print your complete name, mailing address, email address, telephone number, and birth date on a 3" x 5" card and mail in a first- class stamped envelope to: Game On! Bring The Boom™ Sweepstakes, P.O. Box 650009, Dept. 1017-708, El Paso, TX 88565-0009 to receive one entry into the corresponding drawing.
**Prizes:** First Prize (3 total; 1 per Drawing): One 55" television, one sound system, one Angie's Boomchickapop branded pillow, one Angie's Boomchickapop branded helmet snack bowl, one big bag filled with 25 Angie's BOOMCHICKAPOP Sweet and Salty Popcorn 1.0 oz bags, 25 Angie's BOOMCHICKAPOP Sea Salt Popcorn 0.6 oz bags, and one bag each of Angie's BOOMCHICKAPOP flavors: Sea Salt, Sweet & Salty, Lightly Sweet and White Cheddar. ARV: $1,192.01 each First Prize. Second Prize (15 total; 5 per Drawing): Tailgate set consisting of two Angie's Boomchickapop branded tailgate chairs, one Angie's Boomchickapop branded cooler with speakers, one Angie's Boomchickapop branded helmet snack bowl, and one bag each of Angie's BOOMCHICKAPOP flavors: Sea Salt, Sweet & Salty, Lightly Sweet and White Cheddar. ARV: $495.19 each Second Prize. Third Prize (27 total, 9 per Drawing): One Boomchickapop branded indoor single shootout basketball game and two bags of Angie's BOOMCHICKAPOP Sweet & Salty Kettle Corn. ARV: $251.22 each Third Prize.

**Total ARV of all Prizes: $17,786.82**

**Remembe**r:
*Use the proper size post card or paper when specified.
*Most companies require you to be at least 18 years of age.
*Any affiliation with the sponsor or any company involved in the promotion will disqualify you.
*We are not affiliated with any of the sponsors mentioned and assume no responsibility for errors in publication.