# Exhibit 11
# Victim Letters



Received your letter 8-7-17
Mr. Returned mine 8-8-17

I received this same letter a few months back, I'm going to send another 20.00 dollar Bill, and I pray you will send me the winnings, I need it so bad, I'm 83 years old. and had 4 Back surgeries and a stroke in 2003, and I need a new lift Chair mine is wornout. and need to pay off some Bills on fixed Income you cant get paid up on Bills Please send me the money this time God Bless

---

Sir,

I mailed you a 20.00 Fee on 8/2/17 - Ck No 1010. I have mailed you several Fees — Lets this be the last one please.

Thanks

P.S. I going to pay my House off. Send my Great-Son to College —

---

8-14-17

To Whom It May Concern:
    Received your letter of intent to deliver my award Payment. What a rush this is!
    I want to thank all involved, this will certainly enhance my retirement. I want to thank everyone involved.